UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC, <br><br> Plaintiff, <br><br> v. <br><br> CY EXPO LLC, <br><br> Defendant. | CASE NO. 2:23-cv-01419-TL <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

Plaintiff has included a covered employee's Social Security number and full birth date, which are required to be redacted under the Court's Local Civil Rules, in an exhibit supporting its Motion for Entry of Default Judgment. Dkt. No. 12-5 at 2; LCR 5.2(a)(1),(3). The Clerk of Court is DIRECTED to place Exhibit E to Christopher Petty's Declaration (Dkt. No. 12-5) under seal. Plaintiff SHALL FILE an appropriately redacted version of this exhibit **within five (5) days of the date of this Order**.

Dated this 18th day of December 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 1