UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC, <br><br>    Plaintiff, <br>  v. <br> CY EXPO LLC, <br><br>    Defendant. | CASE NO. 2:23-cv-01419-TL <br><br> ORDER DENYING MOTION FOR DEFAULT JUDGMENT |

This matter comes before the Court on Plaintiff Northwest Administrators, Inc.'s Motion for Entry of Default Judgment. Dkt. No. 11. Defendant CY Expo LLC has not yet appeared in this action despite being served. Dkt. Nos. 6–7. Plaintiff has moved for, and the Clerk of Court has granted, entry of default. Dkt. Nos. 8–9. However, Plaintiff has failed to provide evidence to support the amount of trust fund contributions it claims that Defendant paid in an untimely fashion in August 2023. *Compare* Dkt. No. 11, ¶ 12 (claiming that $6,738.75 was owed for August 2023) *with* Dkt. No. 12-5 at 14–15 (showing less than this amount earned by covered employees in August 2023). Further, Plaintiff's filing includes inconsistencies regarding the

ORDER DENYING MOTION FOR DEFAULT JUDGMENT - 1

amount of delinquently paid trust funds for the months of June and July 2023. *Compare* Dkt. No. 11, ¶ 12 (claiming that $4,723.65 and $5,465.90 were owed for these months, respectively) *with* Dkt. No. 12-5 at 6 (showing that $4,723.55 was owed for June 2023) *and* Dkt. No. 12-5 at 10 (showing that $5,645.90 was owed for July 2023).

The Court is also unable to determine whether, or for what timeframe, Plaintiff seeks a monthly accounting from Defendant, as indicated in its complaint (Dkt. No. 1 at 3–4) but not mentioned in the Motion for Entry of Default Judgment (*see generally* Dkt. No. 11).

For these reasons, the Court DENIES the Motion for Entry of Default Judgement (Dkt. No. 11). Plaintiff has the Court's leave to file a renewed motion that adequately supports the amount of damages requested for delinquent contributions for August 2023, corrects the discrepancies identified above, and/or requests a monthly accounting from Defendant with adequate specificity, if desired.

Dated this 18th day of December 2023.

Tana Lin
United States District Judge

ORDER DENYING MOTION FOR DEFAULT JUDGMENT - 2